# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

### No. 201600420

———————————

### UNITED STATES OF AMERICA
Appellee

v.

### JUSTAN M. TERRY
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major M.D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters and
Support Battalion, Marine Corps Installations West – Marine Corps
Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd
Enge, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian Keller, Esq.

———————————

Decided 9 May 2017

———————————

Before MARKS, JONES, and LOCHNER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall reflect that the offense in Specification 1 of Charge I occurred on or about 8 November 2015 vice 8 November 2013.

For the Court



R.H. TROIDL
Clerk of Court